IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RENALDO LAMAR WISE,

        Appellant,

 v.

        Case No.  5D22-1204
        LT Case No. 2009-CF-2802

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed July 19, 2022

3.800 Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Renaldo Lamar Wise, Lake Butler,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, EDWARDS and TRAVER, JJ., concur.